UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL F. MARCHI, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04608-SK<br><br>**ORDER TO SHOW CAUSE** |

On November 16, 2021, the Court ordered Plaintiff to file a status report explaining whether a joint site inspection has taken place and whether Plaintiff intends to move for default judgment against Defendant 3435 Lakeshore Avenue, LLC.  The Court also admonished Plaintiff that he has an obligation to review the filings in this case and to diligently prosecute this matter.  Despite this admonishing, Plaintiff failed to file the required status report.  Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiffs shall file a written response to this Order to Show Cause by no later than December 6, 2021.  Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by December 6, 2021, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

　　　　**IT IS SO ORDERED**.

Dated: November 29, 2021

_____
SALLIE KIM
United States Magistrate Judge