UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PAUL F. MARCHI, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04608-SK<br><br>**ORDER IMPOSING SANCTIONS**<br><br>Regarding Docket No. 23 |

On January 5, 2022, the Court issued its *third* Order to Show Cause to Plaintiff for failure to prosecute (and the fourth time the Court has admonished Plaintiff of his obligation to review the filings in this case and to diligently prosecute this matter). The Court has also repeatedly warned Plaintiff that his continued failures to respond to the Court's orders is unacceptable. In response to the fourth Order to Show Cause, Plaintiff's counsel stated that, although the parties reached a settlement on December 17, 2021, Plaintiff inadvertently overlooked the Court's Orders and did not file the notice of settlement until January 7, 2022. As previously admonished, Plaintiff's repeated failures to comply with the Court's order is unacceptable. Therefore, the Court finds that sanctions are warranted, but will lower the amount from $1000 to $500. Plaintiff's counsel shall personally pay the $500 by no later than January 28, 2020.

**IT IS SO ORDERED**.

Dated: January 18, 2022

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge